### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| **RYAN PFLIPSEN,** | ) |
| Plaintiff, | ) |
| | ) **CIVIL ACTION** |
| vs. | ) |
| | ) **FILE No. 5:24-cv-209-JKP-ESC** |
| **SAT NORTHGATE PLAZA, LTD,** | ) |
| d/b/a **NORTHGATE PLAZA,** | ) |
| | ) |
| Defendant(s). | ) |

## JOINT NOTICE OF SETTLEMENT

The Parties, hereby jointly and respectfully provide this notice to the Court that the Parties appear to have reached an agreement settling all claims and counterclaims asserted between them in this lawsuit.

The Parties therefore respectfully request that the Court stay this case for thirty (30) days to allow the Parties sufficient time to finalize the settlement documents and/or prepare and file dismissal papers with the Court.

Dated: May 2, 2024.

Respectfully submitted,

**Plaintiff, Ryan Pflipsen**
Dennis R. Kurz, Esq.
Texas State Bar No. 24068183
**KURZ LAW GROUP, LLC**
4355 Cobb Parkway, SE, Ste. J-285
Atlanta, GA 30339
dennis@kurzlawgroup.com

**Defendant, SAT NORTHGATE PLAZA, LTD**
John D. Jacks, Esq.
State Bar No. 00785986
**GRAY BECKER, PC**
900 West Avenue
Austin, Texas 78701
john.jacks@graybecker.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, a true and correct copy of the above and foregoing has been filed electronically to the Clerk of the Court using CM/ECF/system on May 2, 2024.

**Defendant, SAT NORTHGATE PLAZA, LTD**
John D. Jacks, Esq.
**GRAY BECKER, PC**
900 West Avenue
Austin, Texas 78701
john.jacks@graybecker.com

/s/  Dennis R. Kurz
Dennis R. Kurz, Esq.