UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**RYAN PFLIPSEN,**

  *Plaintiff*,

v.                              Case No. SA-24-CV-00209-JKP

**SAT NORTHGATE PLAZA, LTD,**

  *Defendant*.

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANTS WITH PREJUDICE

THIS CAUSE is before the Court on the Parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendants with Prejudice. *See* ECF No. 13. The Court has carefully considered the Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss SAT NORTHGATE PLAZA, LTD d/b/a NORTHGATE PLAZA with Prejudice is hereby **GRANTED**.

2. The Court hereby **APPROVES** the Consent Decree, Defendant, is hereby **DISMISSED WITH PREJUDICE**.

3. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

4. All pending motions are hereby denied as moot.

5. This case is **CLOSED**.

It is so ORDERED.
SIGNED this 3rd day of June, 2024.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE